1  MICHAEL COSENTINO, State Bar No. 83253
   Attorney at Law
2  P.O. Box 129
   Alameda, CA  94501
3  Tel:  510-523-4702

4  Attorney for the Plaintiff
   United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CV 08-2079 SLM |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| EDGARDO F. ABSALON aka EDGARDOTAJO F. ABSALON | ) DISMISSAL WITHOUT PREJUDICE |
|  | ) Rule 41(a) FRCP |
| Defendant(s). | ) |

TO THE CLERK OF THE ABOVE ENTITLED COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, you are hereby authorized and directed to enter herein a Dismissal Without Prejudice.

Dated: July 11, 2008        S/S
                            MICHAEL COSENTINO
                            Attorney for the Plaintiff
                            United States of America